# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-20574 |
| | Hon. Mark A. Goldsmith |
| v. | |
| | Violations: |
| D-1 CHARLES DEMETRIUS JONES | 21 U.S.C. § 846 |
| D-2 HERBERT SHAWN WHITTY | 21 U.S.C. § 841(a)(1) |
| D-3 WILLIAM DONZELL WHITE | 21 U.S.C. § 856 |
| D-4 JIM TERRELL LATTNER | 18 U.S.C. § 922(g)(1) |
| D-5 MARCUS DION ELDER | 18 U.S.C. § 1956(h) |
| D-6 DARELL DEON CHANCELLOR | |
| Defendants. | |

**FILED SEP 24 2025 CLERK'S OFFICE DETROIT**

## Second Superseding Indictment

The Grand Jury charges that:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 846, 841(a)(1)

D-1 CHARLES DEMETRIUS JONES
D-2 HERBERT SHAWN WHITTY
D-3 WILLIAM DONZELL WHITE
D-4 JIM TERRELL LATTNER
D-5 MARCUS DION ELDER
D-6 DARELL DEON CHANCELLOR

From in or around January 2024, through on or about July 17, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, JIM TERRELL LATTNER, HERBERT SHAWN WHITTY, WILLIAM

DONZELL WHITE, CHARLES DEMETRIUS JONES, MARCUS DION ELDER, and DARELL DEON CHANCELLOR, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, JIM TERRELL LATTNER, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

The defendant, JIM TERRELL LATTNER, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties

2

provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, HERBERT SHAWN WHITTY, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance; and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (vi).

With respect to the defendant, WILLIAM DONZELL WHITE, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance; and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

3

piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (vi).

With respect to the defendant, CHARLES DEMETRIUS JONES, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance; and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(vi).

The defendant, CHARLES DEMETRIUS JONES, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties

4

provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, MARCUS DION ELDER, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

The defendant, MARCUS DION ELDER, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

With respect to the defendant, DARELL DEON CHANCELLOR, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five kilograms or more of a mixture

5

and substance containing a detectable amount of cocaine, a Schedule I controlled substance; and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (vi).

## Count Two
## Possession of a Controlled Substance with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-3 WILLIAM DONZELL WHITE
D-6 DARELL DEON CHANCELLOR

On or about March 25, 2025, in the Eastern District of Michigan, the defendants WILLIAM DONZELL WHITE and DARELL DEON CHANCELLOR, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## Count Three
## Possession of a Controlled Substance with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 CHARLES DEMETRIOUS JONES

On or about July 17, 2025, in the Eastern District of Michigan, the defendant CHARLES DEMETRIUS JONES, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substances involved are: 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

The defendant, CHARLES DEMETRIUS JONES, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841 and 851.

8

## Count Four
## Maintaining a Drug-Involved Premises
## 21 U.S.C. § 856

D-2 HERBERT SHAWN WHITTY
D-3 WILLIAM DONZELL WHITE
D-4 JIM TERRELL LATTNER
D-5 MARCUS DION ELDER

From in or around January 2024, through on or about September 1, 2024, in the Eastern District of Michigan and elsewhere, the defendants, JIM TERRELL LATTNER, HERBERT SHWAN WHITTY, WILLIAM DONZELL WHITE, and MARCUS DION ELDER did knowingly open, lease, rent, use and maintain a place, to wit: a residence known as 7464 American Street, Detroit, Michigan, for the purpose of manufacturing, storing, and distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

## Count Five
## Maintaining a Drug-Involved Premises
## 21 U.S.C. § 856

D-1 CHARLES DEMETRIUS JONES
D-3 WILLIAM DONZELL WHITE

From in or around January 2025, through on or about July 17, 2025, in the Eastern District of Michigan and elsewhere, the defendants, WILLIAM DONZELL WHITE, and CHARLES DEMETRIUS JONES did knowingly open, lease, rent, use and maintain a place, to wit: a residence known as 313 Park Avenue, Unit 253, Detroit, Michigan, for the purpose of manufacturing, storing, and distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

## Count Six
## Possession of Ammunition by a Convicted Felon, Aiding and Abetting
## 18 U.S.C. §§ 922(g)(1); 2

D-1 CHARLES DEMETRIUS JONES
D-3 WILLIAM DONZELL WHITE
D-4 JIM TERRELL LATTNER

On or about August 31, 2024, in the Eastern District of Michigan, the defendants, JIM TERRELL LATTNER, WILLIAM DONZELL WHITE, and CHARLES DEMETRIUS JONES, while aiding and abetting each other, and knowing that each had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 2 rounds of Smith & Wesson, .40 caliber, in and affecting foreign and interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## Count Seven
## Possession of Ammunition by a Convicted Felon
## 18 U.S.C. § 922(g)(1)

D-3 WILLIAM DONZELL WHITE

On or about September 5, 2024 through on or about July 17, 2025, in the Eastern District of Michigan, the defendant, WILLIAM DONZELL WHITE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 40 rounds of 5.7 x 28mm ammunition manufactured by FNH USA, in and affecting foreign and interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

## Count Eight
## Conspiracy to Launder Monetary Instruments
## 18 U.S.C. § 1956(h)

D-1 CHARLES DEMETRIUS JONES
D-2 HERBERT SHAWN WHITTY
D-3 WILLIAM DONZELL WHITE
D-4 JIM TERRELL LATTNER
D-5 MARCUS DION ELDER
D-6 DARELL DEON CHANCELLOR

From in or around January 2024, through on or about July 17, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, JIM TERRELL LATTNER, HERBERT SHAWN WHITTY, WILLIAM DONZELL WHITE, CHARLES DEMETRIUS JONES, MARCUS DION ELDER, and DARELL DEON CHANCELLOR, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, transfers and exchanges of United States currency, knowing that the transactions were designed in whole or in part to conceal and disguise

13

the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, conspiracy to distribute controlled substances, a violation of Title 21, United States Code, Section 846, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

## Forfeiture Allegations

The allegations contained in Counts One through Eight of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of an offenses in violation of Title 18, United States Code, Section 922, the defendants shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses.

14

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, 846, and 856, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) as been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

15

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Margaret M. Smith
Margaret M. Smith
Assistant United States Attorney

/s/ Erin L. Ramamurthy
Erin L. Ramamurthy
Assistant United States Attorney

Dated: September 24, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>25-cr-20574 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  s/MS |

Case Title: USA v. Lattner et al.

County where offense occurred : Wayne and elsewhere

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

　　____Indictment/____Information --- **no** prior complaint.
　　____Indictment/____Information --- based upon prior complaint [Case number:                    ]
　　✓ Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-cr-20574          **Judge:** Mark A. Goldsmith

☒ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 24, 2025
　　Date

s/Margaret Smith
Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9135
E-Mail address: Margaret.Smith@usdoj.gov
Attorney Bar #:  P71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.